UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

1. Civil Action number: 3:10-cv-01241

2. Style of Case: *Kenneth McGinty v. DRS Technologies, Inc. and DRS Tactical Systems, Inc.*

3. Nature of suit: Age discrimination

4. Method of ADR used: Mediation

5. Date ADR session was held: August 9, 2011

6. Outcome of ADR: Settled as a result of ADR

7. What was your TOTAL fee? $4,000

8. Duration of ADR: one day

9. Please list persons in attendance:

    Christopher Nolland, Mediator
    Rod Tanner
    Kenneth McGinty
    Tami Simpson
    Michael Maslanka
    Gregory A. Huffman

    **Please provide the names, addresses, and telephone numbers of counsel on the reverse side of this form.**

10. Provider information:

    _____
    Signature

    1717 Main Street, Suite 5550, Box 39
    Dallas, Texas 75201-4639

    August 10, 2011

    Telephone: (214) 653-4360
    Facsimile: (214) 653-4343

*Provider must file completed form in duplicate with the U.S. District Clerk upon completion of ADR.*

<u>Name and Address of Counsel</u>:

Rod Tanner, Esq.
Tanner and Associates
1205 North Main Street
Fort Worth, Texas  76164

Michael P. Maslanka, Esq.
Constangy Brooks & Smith, LLP
100 Crescent Court, Suite 700
Dallas, Texas  75201

N:\Mediation\8504.1653\Northern District Summary Report.wpd