IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH MCGINTY,<br>　　　Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action No. 3:10-CV-1241-BF |
| | § | |
| DRS TECHNOLOGIES INC. and<br>DRS TACTICAL SYSTEMS INC.,<br>　　　Defendants. | §<br>§<br>§ | |

## ORDER

This is a consent case before the United States Magistrate Judge. On August 10, 2011, the Court received notice that the parties have reached a settlement. (Doc. 23.) The parties are hereby ordered to submit a stipulation of dismissal or other disposition within thirty days of the date of this order.

SO ORDERED, August 26, 2011.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE