# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| KENNETH MCGINTY,<br>    Plaintiff,<br><br>v.<br><br>DRS TECHNOLOGIES INC. and<br>DRS TACTICAL SYSTEMS INC.,<br>    Defendants. | §<br>§<br>§<br>§   Civil Action No. 3:10-CV-1241-BF<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

The parties have announced in a Joint Motion to Dismiss that all matters in dispute between them have been fully and finally resolved.  Thus, the Joint Motion to Dismiss is GRANTED.

It is, therefore, ORDERED that all causes of action brought by Plaintiff against Defendants in the above-captioned case be DISMISSED WITH PREJUDICE.  All court costs and attorney's fees are to be paid by the party who incurred same.

SO ORDERED, September 16, 2011.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE